No. 628, Misc.  Popik *v.* Ohio et al.  Court of Appeals of Franklin County, Ohio.  Certiorari denied.

No. 775, Misc.  Cepero *v.* Pan American World Airways et al.  C. A. 2d Cir.  Certiorari denied.

No. 778, Misc.  Bruinsma *v.* Ellis, General Manager, Texas Prison System, et al.  Court of Criminal Appeals of Texas.  Certiorari denied.

No. 792, Misc.  Martin *v.* Indiana.  Supreme Court of Indiana.  Certiorari denied.

No. 798, Misc.  Akers *v.* California et al.  C. A. 9th Cir.  Certiorari denied.

No. 808, Misc.  Brigmon *v.* Pepersack, Warden. Court of Appeals of Maryland.  Certiorari denied.

No. 240.  Arnold *v.* Panhandle & Santa Fe Railway Co., 353 U. S. 360;

No. 540.  Civil Aeronautics Board *v.* Hermann et al., 353 U. S. 322;

No. 816.  Atwood *v.* Lydick, 353 U. S. 949; and

No. 909.  Hohensee et al. *v.* United States, 353 U. S. 976.  Petitions for rehearing denied.

No. 5.  Konigsberg *v.* State Bar of California et al., 353 U. S. 252.  Rehearing denied.  Mr. Justice Whittaker took no part in the consideration or decision of this application.